UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X           Chapter      7

IN RE:   Joseph Fernandez
         Sylvia Fernandez                                  Case No.:

                 Debtor(s)                                 STATEMENT PURSUANT TO LOCAL RULE 2017
-----------------------------------------------X

I, Michelle Labayen 6868, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
| August 2008 | Initial interview, analysis of financial condition, etc. |
| December 2008 | Preparation and review of Bankruptcy petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $  2,000.00  .

Dated: December 22, 2008

                              /s/ Michelle Labayen
                              Michelle Labayen 6868
                              Attorney for debtor(s)
                              Macey & Aleman
                              420 Lexington Ave
                              Rm 2132
                              Brooklyn, NY 10170
                              212.867.1940 Fax:212.867.2047
                              courtnotice@legalhelpers.com